UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SHANE JOHNSON,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

NO. CV-07-256-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART.** The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment dismissal is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 28th day of May, 2008.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk

cc: all counsel